GARY M. RESTIANO
United States Attorney
District of Arizona
SHEILA PHILLIPS
Assistant U.S. Attorney
Michigan State Bar No. P51656
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Sheila.Phillips2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-23-01344-PHX-SMB-1 |
|---|---|
| Plaintiff, | **UNITED STATE'S SENTENCING MEMORANDUM** |
| v. | |
| Samuel Horacio Martinez-Rodriguez, | |
| Defendant. | |

The United States requests the Court impose a sentence of 10 months' incarceration followed by 3 years' supervised release as recommended in the Presentence Investigation Report (PSR). PSR at 19.

I.      BACKGROUND

Between October 22, 2022, and February 22, 2023, a co-conspirator known as "Lincho" recruited Samuel Horacio Martinez-Rodriguez, Jose D. Jesus Quintero-Macias, and Jose Eduardo Puentes-Fierro to purchase firearms on his behalf. PSR ¶ 6. All three were citizens of Mexico, purchased firearms with cash "Lincho" provided, made material false statements to a licensed firearms dealer in order to make their respective purchases, and gave the firearms to "Lincho" after each purchase. *Id.* Some of the firearms were smuggled from the United States to Mexico. *Id.*

On December 12, 2023, Defendant pleaded guilty to Count 9 of the indictment, Material False Statement During the Purchase of a Firearm.  PSR ¶ 3.  Pursuant to the written plea agreement and Fed. R. Crim. P. 11(c)(1)(C), the parties stipulates the Defendant's sentence shall not exceed the low end of the sentencing guideline range.  PSR ¶ 4.

## II.  SENTENCING GUIDELINES

The PSR accurately calculates the guidelines range at 10 to 16 months' incarceration with a Criminal History Category of I and a Total Offense Level of 12.  PSR at 19.  The Probation Office recommends a sentence of 10  months' imprisonment followed by 3 years of supervised release.  *Id*.  Defendant will have served 186 days at sentencing.  PSR at 1.

## III.  UNITED STATES' RECCOMENDATION

The United States believes a 10-month sentence, which is the cap set by the plea agreement, serves as a sufficient deterrent for two primary reasons.  First,  it is a significant sentence; and second, this is Defendant's first felony conviction.   It is also consistent with sentences imposed for similar circumstances.   Additionally, Defendant's role in the firearms trafficking conspiracy was limited to make straw purchases.

## IV.  CONCLUSION

Therefore,  the United States respectfully requests the Court sentence Defendant to 10 months' imprisonment followed by three years of supervised release.

Respectfully submitted this 26th  day of March 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Sheila Phillips*
SHEILA PHILLIPS
Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

Jared Heath Eggers
Federal Public Defenders Office - Yuma

*s/ Carlton Covington*
U.S. Attorney's Office